# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARTY SMITH,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT,

    Defendant.

Case No. 2:17-cv-02503-KJD-VCF

**ORDER**

    Before the Court for consideration is the Report and Recommendation (#5) of Magistrate Judge Cam Ferenbach entered November 13, 2017, recommending that Plaintiff's complaint be dismissed with prejudice. Though the time for doing so has passed, Plaintiff has failed to file any objections to the Report and Recommendation.

    The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. Plaintiff failed to immediately file written notification with the Court of any change of address as is required by LSR 2-2. Failure to comply with this Rule is additional grounds for dismissal of this action. Thus, the Court determines that the Report and Recommendation (#5) of the United States Magistrate Judge entered November 13, 2017, should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#5) entered November 13, 2017, are **ADOPTED** and **AFFIRMED;**

IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED with prejudice**;

IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendant and against Plaintiff**.**

DATED this 4th day of December 2017.

_____
Kent J. Dawson
United States District Judge